UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JANEICE STREET,**

    **Plaintiff,**

**v.**                                                                            Case No. 8:02-cv-1055-JSM

**WFS FINANCIAL, INC.,**

    **Defendant.**
_____

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Notice of Compliance (Dkt. #22) with the Court's Order of July 24, 2002. Defendant gave notice of the entry of the Award of the Arbitrator in this matter, which became final on October 27, 2010. The arbitration ruling was in favor of Defendant finding that Plaintiff was an exempt employee under the Fair Labor Standards Act. It is therefore

ORDERED AND ADJUDGED that :

1. This cause is dismissed with prejudice.

2. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 9, 2010.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2002\02-cv-1055.dismissal.frm